JS-6
O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE WILLMAN, | **Case No. CV 15-00374 JGB (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    December 14, 2015

_____

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE